MARGUERITE SELVI, Respondent, *v.* LOUIS HARRISON et al., Appellants.

(Argued May 4, 1887 ; decided June 7, 1887.)

*Albert Hessberg* for appellants.

*Benj. M. Stilwell* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JACOB ROMBERG, Appellant, *v.* MINNIE TOBIAS et al., Respondents.

(Argued May 4, 1887 ; decided June 7, 1887.)

*Henry Wehle* for appellant.

*Nathaniel C. Moak* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

PEOPLE ex rel. HELEN FAIRCHILD, as Administratrix, etc., Appellant, *v.* THE COMMISSIONERS OF THE DEPARTMENT OF FIRE AND BUILDINGS IN THE CITY OF BROOKLYN, Respondent.

(Argued June 7, 1887; decided June 14, 1887.)

*Edward F. O'Dwyer* for appellant.

*Almet F. Jenks* for respondent.

Agree to affirm orders of General and Special Terms and proceedings of commissioners appealed from reversed on the case of *People ex rel. Peck* v. *Same Defendants* (ante p. 64).
All concur ; no opinion.
Orders affirmed.